UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| Plaintiff, | |
| v. | Civil Action No. 20cv1158 (BAH) |
| BUREAU OF LAND MANAGEMENT, *et al.*, | |
| Defendants. | |

## JOINT STATUS REPORT

Defendants U.S. Bureau of Land Management ("BLM"), Bureau of Land Management Nevada State Office ("BLM Nevada"), National Park Service ("NPS"), and United States Department of the Interior ("Interior") (collectively, "Defendants"), and Plaintiff Center for Biological Diversity ("Plaintiff" or "CBD") (collectively, "the Parties") submit the following Joint Status Report ("JSR"):

1. Plaintiff filed this FOIA civil action on May 4, 2020, seeking the production of records responsive to its FOIA requests. Specifically, Plaintiff alleges that it served FOIA requests upon Interior (Request No. 2018-00621); BLM (Request No. 2018-00828); BLM Nevada (Request No. 2018-00526, and Request No. 2018-00XXX); and NPS (Request No. 2018-00422) seeking records regarding Cliven Bundy's militia, standoff, and cattle, as well as records written to and from BLM's former special agent Dan Love regarding Cliven Bundy and his cattle.

2. In the last Joint Status Report, the Parties informed the Court of the following:

   a. OS FOIA's production is now complete.

      b. NPS is continuing its review of a large volume of documents for responsiveness and/or duplicity.

      c. BLM made its first two interim productions to Plaintiff on October 14, 2020 and November 2, 2020.

      d. A supplemental search of BLM Nevada's records was being conducted to ensure that all responsive records have been located and processed.

3. The Parties report to the Court that since the filing of the last Joint Status Report the following has occurred:

      a. NPS determined that a number of files that were received for processing were corrupt. NPS is currently re-processing the records.

      b. BLM made its third interim production on December 14, 2020 and is continuing its review and processing of records at the rate of no less than 500 pages of records per month.

      c. BLM conducted a supplemental search of BLM Nevada's records and is currently downloading those records. Once downloaded, those records will be added to the set of potentially responsive records for Request 2018-00828 and processed accordingly.

4. The parties cannot determine whether summary judgment briefing will be necessary until Defendants have completed their review of records responsive to the FOIA request and the parties have had an opportunity to confer regarding the production and any withholdings.

5. The Parties propose to file another JSR to the Court on March 11, 2021.

Dated:  January 11, 2021                    Respectfully submitted,

    MICHAEL R. SHERWIN
    Acting United States Attorney

    DANIEL F. VAN HORN, D.C. Bar No. 924092
    Chief, Civil Division

By: /s/ *Darrell C. Valdez*
    DARRELL C. VALDEZ, D.C. Bar No. 420232
    Assistant United States Attorney
    555 Fourth Street, N.W., Civil Division
    Washington, D.C. 20530
    Telephone: (202) 252-2507
    Email: Darrell.Valdez@usdoj.gov

    *Attorneys for Defendant*


By: /s/ *Douglas W. Wolf*
    DOUGLAS W. WOLF, D.C. Bar No. 481046
    Center for Biological Diversity
    3201 Zafarano Dr.
    Suite C, #149
    Santa Fe, NM 87507
    Telephone: (202) 510-5604
    Email: DWolf@biologicaldiversity.org

    *Attorneys for Plaintiff*